No. 42603.—Protests 919356–G, etc., of Ignaz Strauss & Co., Inc., et al. (New York).

Opinion by KEEFE, J.   On the records presented the protests were overruled.

No. 42604.—Protests 988688–G, etc., of Rev. Harry S. Ruth et al. (New York).

Opinion by KEEFE, J.   There was nothing in the records to overcome the presumption of correctness of the collector's action.   The protests were therefore overruled.

BEFORE THE FIRST DIVISION, OCTOBER 31, 1939

No. 42605.—Protests 842495–G, etc., of Associated Merchandising Corp. (New York).

Opinion by FIRST DIVISION.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42606.—Protests 459686–G, etc., of Alexander & Oviatt et al. (Los Angeles, etc.).

Opinion by FIRST DIVISION.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, OCTOBER 31, 1939

No. 42607.—Protests 982068–G, etc., of H. B. Thomas & Co. et al.   (San Francisco, etc.).

Opinion by KINCHELOE, J.   On the records presented, the protests were overruled.

No. 42608.—Protests 933176–G, etc., of Acme-Kuppersmith-Penberg Corp. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42609.—Protests 983949–G, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.